UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTIAN L. NELSON, | |
| Plaintiff, | CIVIL ACTION NO.: 3:12-cv-00405-JBA |
| v. | |
| HEARST CORPORATION AND HEARST POST LLC | |
| Defendants. | June 25, 2012 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action asserted therein be dismissed, with prejudice, and with no attorneys' fees or costs to any party.

| PLAINTIFF | DEFENDANT |
|---|---|
| CHRISTIAN L. NELSON | HEARST MEDIA SERVICES CONNECTICUT, LLC |

PLAINTIFF
CHRISTIAN L. NELSON

By: /s/ Patrick J. Filan

PATRICK J. FILAN, LLC
1261 Post Road – Fairfield, CT 06824
111 Church Street – White Plains, NY 10601

Attorneys for Plaintiff

DEFENDANT
HEARST MEDIA SERVICES
CONNECTICUT, LLC

By: /s/ Tal A. Kadar
    A. Robert Fischer (CT 01295)
    Tal A. Kadar (CT26723)
    JACKSON LEWIS LLP
    1010 Washington Blvd., 7th Floor
    Stamford, CT 06901
    (203) 961-0404
    (203) 324-4704 (facsimile)

    Attorneys for Defendants

    Of Counsel:

    Shari M. Goldsmith, Esq.
    Hearst Corporation
    Office of the General Counsel
    300 West 57th Street, 40th Floor
    New York, NY  10019

## CERTIFICATION OF SERVICE

   I hereby certify that on June 25, 2012, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by email on anyone unable to accept electronic filing as indicated below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                /s/ Tal A. Kadar
                Tal A. Kadar

4815-2602-4208, v.  1